**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **KEVIN BLUNT and TAMMIE BLUNT,** | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:11-cv-3492-O |
| **BANK OF AMERICA, et al.,** | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that all of Plaintiffs' claims against Defendants are **DISMISSED without prejudice**.

**SO ORDERED** on this **25th day** of **May, 2012.**

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**